IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>RACHEL McCLUSKEY,<br><br>　　　　　Defendant. | 8:20CR271<br><br>FINAL ORDER<br>OF FORFEITURE |

This matter is before the Court on the government's Motion for Final Order of Forfeiture (Filing No. 64). The Court has reviewed the record in this case and finds as follows:

1.　On September 10, 2021, the Court entered a Preliminary Order of Forfeiture (Filing No. 57), pursuant to 21 U.S.C. §§ 846 and 853 and based upon defendant Rachel McCluskey ("McCluskey") pleading guilty to Count I of the Indictment and admitting the Forfeiture Allegation (Filing No. 1). Under the Preliminary Order of Forfeiture, McCluskey forfeited any interest she had in $5,010 United States currency seized from 3634 S. 24th Street, Omaha, Nebraska, on or about July 16, 2020, to the government.

2.　Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on September 11, 2021, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed in this case on November 18, 2021 (Filing No. 63).

3.　The government has advised the Court that no petitions have been filed. A review of the record confirms that assertion.

4. The government's Motion for Final Order of Forfeiture should be granted. Accordingly,

IT IS ORDERED:

1. The government's Motion for Final Order of Forfeiture (Filing No. 64) is granted.
2. All right, title and interest in and to the $5,010 in United States currency seized from 3634 S. 24th Street, Omaha, Nebraska, on or about July 16, 2020, held by any person or entity are forever barred and foreclosed.
3. The $5,010 in United States currency is forfeited to the government.
4. The government is directed to dispose of that currency in accordance with law.

Dated this 21st day of December 2021.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Court Judge